UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NANCY JACOBINI,

    Plaintiff,

vs.                                                                         CASE NO. 6:11-CV-231-ORL-19GJK

JP MORGAN CHASE, N.A.,
CHASE HOME FINANCE LLC,

    Defendants.

_____

ORDER OF RECUSAL

I hereby **RECUSE** myself from further proceedings in this case due to a financial interest in one of the parties involved in this case or its subsidiary. I direct that the Clerk of Court reassign it to another judge under the blind assignment system.

**DONE AND ORDERED** at Orlando, Florida, this   14th   day of March, 2011.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

All Counsel of Record