IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| NANCY JACOBINI,<br><br>      Plaintiff,<br><br>  v.<br><br>J.P. MORGAN CHASE, NA, and<br>CHASE HOME FINANCE LLC.<br><br>      Defendants. | Case No. 6:11-cv-00231-GAP-GJK-Sr |

## AGREED MOTION TO ALLOW TELEPHONIC CASE MANAGEMENT CONFERENCE

The plaintiffs and the defendants respectfully request that the Honorable Court permit them to conduct the Case Management Conference by telephone as opposed to "in person".

As reasons in support of this motion, the plaintiff has presented a proposed case management report to the defendant's counsel and counsel expects that the Case Management Report will be completed efficiently. Plaintiff' has local trial counsel in Tampa, Florida but counsel that is working on this case management report, Joseph F. deMello is situated in Massachusetts. Although counsel for the plaintiff and defendant have not worked together in any previous cases, thus far, they have been mutually agreeable in accommodating each other and communicating with each other. Furthermore the matters to be discussed are capable of resolution via the telephone and then in person meeting is not necessary to accomplish the purpose of the local rule .

| | |
|---|---|
| Respectfully submitted,<br>NANCY JACOBINI, | Respectfully submitted,<br>J.P. MORGAN CHASE, NA, and<br>CHASE HOME FINANCE LLC. |
| By her attorneys, | By its attorneys, |
| /s/ Joseph F deMello<br>_____<br>Joseph F. deMello, Esquire<br>Massachusetts BBO# 546017<br>Law Office of JOSEPH F. deMELLO, P.C.<br>71 Main Street<br>Taunton, MA  02747<br>508-824-9112<br>508-824-5917 (fax)<br>josephdemellolaw@verizon.net | /s/ Robert M Brochin<br>_____<br>Robert M Brochin, Esquire<br>Florida Bar #0319661<br>MORGAN, LEWIS & BOCKIUS LLP<br>200 South Biscayne Boulevard , Suite 5300<br>Miami, FL 33131-2339<br>305.415.3000<br>305.415.3001 fax<br>rbrochin@morganlewis.com |
| Dated: 4/26/2011 | Dated: 4/26/2011 |

## CERTIFICATE OF SERVICE

 I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF) and paper copies will be sent to those indicated as non-registered participants on          .

Date:  April 26, 2011                                                        /s/ Joseph F deMello
                                                                                          _____