Exhibit 3 to Plaintiffs Opposition

In the United States District Court
for the MIDDLE DISTRICT OF FLORIDA
ORLANDO division

NANCY JACOBINI

Plaintiff,

v.

J.P. MORGAN CHASE N.A. LPS FIELD
SERVICES, INC., FULL STUFF, INC.,
TRUST FIELD SERVICES, LLC, YEHUDA
MARKOVITZ  and FABIAN RIFICI

Defendants

Case No. 6:11-cv-231-Orl-19-GJK

### Affidavit of Joseph F deMello

I Joseph F. deMello do hereby on oath depose and say:

1. I am co-counsel for the plaintiff and was appointed pro hac vice in this case.

2. I have been quite involved with the discovery in this case.

3. I have a physical disability which requires me to travel with an additional person to serve as my personal needs assistant. This of course means that travel is double the cost for me.

4. Although I am able to travel and I understand that this case involves travel, it is more cumbersome to make travel arrangements wherever I go given the specifically personal accommodations that I require.

5. Simply put making flight, lodging and ground transportation arrangements for me from Boston to Orlando is less difficult and more economical even though the distance to Ohio is probably less. There are many options for airways, flight times, nonstop travel, hotel ADA accommodations, ground transportation and vehicle rentals  in/to Orlando than there are in/to Cleveland or Columbus, Ohio.

6. This affidavit is not to gain "sympathy" for me. It is to demonstrate a factual basis for any request regarding my personal needs.

7. There is no strategic advantage to the plaintiff for any of my personal accommodations.

Signed on _____ under the pains and penalties of perjury

Joseph F. deMello