# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

NANCY JACOBINI,

      Plaintiff,

    v.                             Case No. 6:11-cv-00231-GAP

JP MORGAN CHASE, N.A., LPS FIELD
SERVICES, INC., FULL STUFF, INC.,
TRUST FIELD SERVICES, LLC, YEHUDA
MARKOVITZ and FABIAN RIFICI.

      Defendants.

_____/

## DEFENDANTS, TRUST FIELD SERVICES, LLC, MOTION FOR ENLARGEMENT OF TIME TORESPOND TO PLAINTIFF'S REQUEST FOR ADMISSIONS

COMES NOW Defendant, TRUST FIELD SERVICES, LLC (hereinafter "Defendant"), by and through undersigned counsel, and hereby move this Honorable Court for a brief enlargement of time of three business days for Defendant to Respond to Plaintiff's Request for Admissions, in support thereof, states as follow:

1. On or about September 10, 2012 Plaintiff propounded Plaintiff's First Request for Admissions upon Defendant, Trust Field Services, LLC consisting of 51 separate admissions and at least 11 exhibits.

2. Pursuant to the Federal Rules of Civil Procedure, Defendant's Responses to Plaintiff's First Request for Admissions become due on or about October 10, 2012.

3. During this same timeframe, the parties have been participating in extensive discovery, including but not limited to, facts depositions, expert depositions, expert

discovery, written discovery, motion practice, and preparing for mediation scheduled for October 11, 2012.

4. To be sure, on October 9, 2012, the undersigned counsel contacted Plaintiff's counsel via telephone, and via e-mail correspondence to request an extension of time within which to respond to Plaintiff's First Request for Admissions. See email, attached hereto as **Exhibit "A"**. However, Plaintiff's counsel never responded. Again, on October 10, 2012, the undersigned counsel contacted Plaintiff's counsel to request this extension, however, Plaintiff did not respond. It is noted that Plaintiff's counsel did exchange other e-mail correspondence on both October 9, 2012 and October 10, 2012 with the Defense counsel for the various parties.

5. As such, Defendant hereby files this Motion requesting a brief extension of time up through and including October 15, 2012 within which to serve Answers to Plaintiff's First Request for Admissions.

6. This brief enlargement of time made in good faith and not for purposes of delay. Neither the Court nor the parties will be prejudiced if the requested relief is granted. It is noted that the discovery deadline is October 25, 2012 and the amount of time left for Plaintiff to address Defendants' Responses is sufficient.

7. Federal Rule of Civil Procedure 6 permits the requested enlargement of time. Specifically, said rule provides that when an act must be done within a specified time, the court in its discretion may extend the time if the request is made before the expiration of the period originally prescribed. Thus, this Court may grant the extension requested by Defendant.

8. Pursuant to Local Rule 3.01 (g), the undersigned counsel has attempted to confer with counsel for Plaintiff, however, to date, the undersigned has not received a response to its request for extension of time.

WHEREFORE, Defendants, TRUST FIELD SERVICES, LLC and YEHUDA MARKOVITZ, hereby move this Honorable Court for a brief an extension of time, up through and including October 15, 2012, within which to file Defendant's Response to Plaintiff's First Request for Admissions.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01 (g)

Pursuant to Local Rule 3.01 (g), the undersigned counsel conferred with counsel for Plaintiff via telephone on October 9, 2012 and via electric mail on October 9, 2012 in a good faith effort to resolve, by agreement, the issues raised by this Motion. However, the undersigned has not received a response to its request from Plaintiff's counsel.

COLE, SCOTT & KISSANE, P.A.
Attorneys for TRUST FIELD SERVICES, LLC.
and YEHUDA MARKOVITZ
1645 Palm Beach Lakes Boulevard, 2nd Floor
West Palm Beach, Florida 33401
E-Mail: bradley.fishberger@csklegal.com
Telephone: (561) 383-9203
Facsimile: (561) 683-8977

By:    s/S. Bradley Fishberger
       BRADLEY FISHBERGER
       FBN: 087240

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on 10th of October, 2012, a true and correct copy of the foregoing document was served on all counsel and/or parties of record by using CM/ECF.

Respectfully submitted,

**COLE, SCOTT & KISSANE, P.A.**
Attorneys for TRUST FIELD SERVICES, LLC.
and YEHUDA MARKOVITZ

1645 Palm Beach Lakes Boulevard, 2nd Floor
West Palm Beach, Florida 33401
E-Mail: Bradley.Fishberger@csklegal.com
Telephone: (561) 383-9203
Facsimile:  (561) 683-8977

By:    s/S. Bradley Fishberger
         BRADLEY FISHBERGER
         FBN: 087240

## SERVICE LIST

**Plaintiff's Counsel**
Matthew D. Weidner, Esq.
The Law Office of Matthew D. Weidner
1229 Central Avenue
St. Petersburg, FL 33705
T:  727-894-3159
F:  727-213-6235
**E:  weidnerlaw@yahoo.com**

Carlin J. Phillips, Esq.
Phillips & Garcia, LLP
13 Ventura Dr.
North Dartmouth, MA 02747
T:  508-998-0800
F:  508-998-0919
**E:  cphillips@phillipsgarcia.com**
**E:  acoffey@phillipsgarcia.com**

Joseph F. deMello. Esq.
Joseph F. deMello, P.A.
71 Main Street
Taunton, MA 02780
T:  508-824-9112
F:  508-824-5917
**E:  josephdemellolaw@verizon.net**
**E:  Christine_josephdemello@verizon.net**
**E:  Edna_josephdemellowlaw@verizon.net**

**Counsel for JP Morgan and Chase Home Finance LLC**
Marisa M.E. Fortunati, Esq.
Robert M. Brochin, Esq.
Morgan, Lewis & Bockius, LLP

Morgan, Lewis & Bockius, LLP
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2339
T: 305-415-3379
F: 305-415-3001
**E: mfortunati@morganlewis.com**
**E: rbrochin@morganlewis.com**
**E: pmartinez@morganlewis.com**

**Counsel for LPS Field Services, Inc.**
Rodney C. Lundy, Esq.
Conroy, Simberg, Ganon, Krevans, Abel, Lurvey, Morrow & Schefer, P.A.
Two South Orange Avenue
Suite 300
Orlando, FL 32801
T: 407-649-9797
F: 407-649-1968
**E: rlundy@conroysimberg.com**
**E: kdetcher@conroysimberg.com**

**AND**

Michel O. Weisz, Esq.
Berger Singerman LLP
1450 Brickell Avenue
Suite #1900
Miami, FL 33131
T: 305-714-4362
F: 305-714-4340
**E: Mweisz@bergersingerman.com**
**E: DRT@bergersingerman.com**

**Counsel for FullStuff and Fabian Rifici**
R. Gavin Mackinnon, Esq.
Richards H. Ford, Esq.
Patrick M. DeLong, Esq.
Wicker, Smith, O'Hara, McCoy & Ford, P.A.
Bank of America Center, Suite 1000
390 North Orange Avenue
Orlando, FL 32802
T: 407-843-3939
F: 407-649-8118
**E: rford@wickersmith.com**
**E: pdelong@wickersmith.com**
**E: Gmackinnon@wickersmith.com**

**E: <u>swilmoth@wickersmith.com</u>**

I:\1850-0229-00\p\motions\d's met to answer pltf's rfa.docx

**COLE, SCOTT & KISSANE, P.A.**
1645 PALM BEACH LAKES BOULEVARD - 2ND FLOOR - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

| | |
|---|---|
| **From:** | Katie Moss |
| **Sent:** | Tuesday, October 09, 2012 11:13 AM |
| **To:** | josephdemellolaw@verizon.net |
| **Cc:** | Bradley Fishberger |
| **Subject:** | JACOBINI v. TRUST FIELD SERVICES  (Our file# 1850-0229-00) |

Good Morning:  Defendant Trust Field Services' Response to Plaintiff's Request for Admissions is due tomorrow, October 10th.  Our office is preparing for Mediation on October 11th, and would like to have a 7-day extension to respond to same.  Are you amendable to this extension?

Thank you.



**Katie Moss**

*Legal Assistant to Attorney (s):*
*Nicole M. Wall & Bradley Fishberger*

katie.moss@csklegal.com
Telephone: (561) 383.9261
Facsimile: (561) 683.8977

1645 Palm Beach Lakes
Boulevard, 2nd Floor
www.csklegal.com    W. Palm Beach, Florida 33401

**EXHIBIT**

_A_

1