UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO:   6:11-cv-231-Orl-31GJK
TRIAL:    May 1, 2013

NANCY JACOBINI,

      Plaintiff,

vs.

JP MORGAN CHASE, N.A., LPS FIELD SERVICES,
INC., FULL STUFF, INC., TRUST FIELD SERVICES,
LLC, YEHUDA MARKOVITZ, FABIAN RIFICI,

      Defendants.

_____/

## MEDIATION REPORT

Pursuant to the Court Order / Joint Stipulation for Mediation, a mediation conference was held in the above-captioned proceeding on the 11TH day of OCTOBER, 2012.

**RESULT:**    **RESOLVED Pending Execution of Final Agreement**.

    Dated this 12TH day of OCTOBER, 2012.

                   ( /s/ Stephen C. Sawicki )_____
                   **STEPHEN C. SAWICKI, Mediator**
                   WELLS FARGO BUILDING, Suite 704
                   20 North Orange Avenue
                   Orlando, FL 32801 (407) 843-1994

COPIES FURNISHED TO:

THE HON. GREGORY A. PRESNELL, Judge of the U. S. District Court, U. S. Courthouse,
    401 West Central Blvd., Suite 1200, Orlando, FL, 32801-0120

MATTHEW WEIDNER, ESQ.    Attorney for Plaintiff
Matthew D. Weidner P.A.     1229 Central Avenue, St. Petersburg, FL 33705

JOSEPH F. DeMELLO, ESQ.                Counsel for Plaintiff
Law Office of Joseph F. DeMello        71 Main Street, Taunton, MA 02780

ROBERT BROCHIN, ESQ.                   Attorneys for JP MORGAN CHASE, N.A.
MARISA FORTUNATI, ESQ.                 5300 Wachovia Financial Center
Morgan Lewis & Bockius LLP             200 S. Biscayne Blvd., Miami, FL, 33131-2339

RODNEY C. LUNDY, ESQ.                  Attorney for LPS FIELD SERVICES
Conroy Simberg Gannon, etc., P.A.,     Two South Orange Ave., Suite 300, Orlando, FL, 32801

MICHEL O. WEISZ, ESQ.                  Counsel for LPS FIELD SERVICES
Berger Singerman LLP                   1450 Brickell Ave., Suite 1900, Miami, FL, 33131

PATRICK M. DELONG, ESQ.                Attorney for FULL STUFF / F. RIFICI
Wicker Smith, etc., P.A.               P. O. Box 2753, Orlando, FL, 32802-2753

S. JONATHAN VINE, ESQ.                 Attorney for TRUST FIELD SERVICES / Y. MARKOVITZ
Cole Scott & Kissane P.A.              1645 Palm Bch Lks Blvd., 2ND FL, West Palm Beach, 33401